IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 10 C 7069 |
| v. | ) ) | Judge Joan H. Lefkow |
| 911 PLUMBING, INC., | ) ) | Magistrate Judge Susan E. Cox |
| Defendant. | ) | |

## AGREED MOTION TO WITHDRAW AND
## FOR SUBSTITUTION OF ATTORNEYS

Now Comes, FRANK A. MARCO, KARL E. MASTERS and MICHAEL J. MCGUIRE of the firm Gregorio & Associates and move to substitute as counsel of record for Plaintiffs pursuant to Rule 83.17 of the Local Rules of the United States District Court for the Northern District of Illinois. In support of this motion, the movants state as follows:

1. The Plaintiffs in this matter are currently represented by attorneys BRIAN T. BEDINGHAUS, DOUGLAS A. LINSDAY, and JOHN W. LOSEMAN of the firm of Roetzel & Andress. Plaintiffs terminated this firm's services as of May 31, 2013.

2. Attorneys FRANK A. MARCO, KARL E. MASTERS and MICHAEL J MCGUIRE of the firm Gregorio & Associates have been retained by Plaintiffs to represent them on a prospective basis.

3. The attorneys referenced in ¶ 1 consent to the proposed substitution and request leave to withdraw their appearance as counsel of record for Plaintiffs.

4. The attorneys referenced in ¶2 are requesting leave to file appearances and substitute as counsel of record for Plaintiffs.

WHEREAS, movants pray that this court enter an order:

a. Granting the attorneys, FRANK A. MARCO, KARL E. MASTERS and MICHAEL J MCGUIRE of the firm Gregorio & Associates leave to file appearances and substitute as counsel of record pursuant to Rule 83.17 of the Local Rule of the United States District Court for the Northern District of Illinois; and

    b. Granting attorneys BRIAN T. BEDINGHAUS, DOUGLAS A. LINSDAY, and JOHN W. LOSEMAN of the firm of Roetzel & Andress leave to withdraw from the above-captioned matter.

DATE: 6/3/13     s/ Karl E. Masters

    Karl E. Masters
    #6277980
    Gregorio & Associates
    2 North LaSalle Street, Suite 1650
    Chicago, IL 60602
    312/263-2343

DATE: 6/3/13     s/ Douglas A. Lindsay

    Douglas A. Lindsay
    Attorney for Plaintiffs
    #1667998
    Roetzel & Andress
    20 S. Clark Street, Suite 300
    Chicago, IL 60603